1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 43,265

7  Attorneys for Plaintiff
   JOE HAND PROMOTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>RODOLPHO SANCHEZ, individually and d/b/a/ CARRIBEAN CLUB, <br><br>Defendant. | CASE NO. CV-98-4362-RMT (Ex) <br><br>[PROPOSED] RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant RODOLPHO SANCHEZ, individually and d/b/a/ CARRIBEAN CLUB, entered on 9/8/99 (copy attached) be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | |
|---|---|
| a. Total judgment | $6,800.00 |
| b. Costs after judgment | $ -0- |
| c. Attorneys fees: | $ -0- |
| d. Subtotal (*add a and b*) | $6,00.00 |
| e. Credits after judgment | $ -0- |
| f. Subtotal (*subtract d from c*) | $6,800.00 |
| g. Interest after judgment | $1,700.00 |

      h. Fee for filing renewal application     $ -0-
      i. **Total renewed judgment** *(add e, 5, and g)*    $8,500.00

DATED: 9/11/08      CLERK, by Lori Muraoka, Deputy

F:\USERS\DJCNEW\carribean.renewal

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV-98-4362-RMT (Ex)    2